UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELI MINI MARKET CORP., ET AL.,

        Plaintiffs,

   - against -

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE,

        Defendant.

23-cv-8783 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **January 26, 2024**. If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    New York, New York
           January 12, 2024

                                    John G. Koeltl
                             United States District Judge